IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 2:09-149 |
| | ) | 29 U.S.C. §501(c) |
| vs. | ) | 29 U.S.C. §439(b) |
| | ) | |
| **CHRISTINA GEATHERS** | ) | **INDICTMENT** |

## INTRODUCTION TO THE INDICTMENT

At all times material to this indictment:

1. Steelworkers Local 357 was a labor organization engaged in an industry affecting interstate commerce and subject to the Labor Management Reporting and Disclosure Act of 1959, 29 U.S.C. §401, et seq.

2. The defendant, **CHRISTINA GEATHERS**, was the Financial Secretary-Treasurer of Steelworkers Local 357.

## COUNT 1
(Theft of Union Funds)

THE GRAND JURY CHARGES:

1. The introduction of this Indictment is re-alleged and made a part of this count.

2. From March 2004 through July 2007, in the District of South Carolina, the defendant, **CHRISTINA GEATHERS**, did embezzle, steal and unlawfully and willfully abstract and convert to her own use the moneys, funds, securities, property, and other assets of Steelworkers Local 357 in the approximate amount of $36,865.18;

In violation of Title 29, United States Code, Section 501(c).

## COUNT 2
(Falsification of Annual Financial Report Filed by Labor Union)

THE GRAND JURY FURTHER CHARGES:

1.  The introduction of this indictment is re-alleged and made a part of this count.

2.  That on or about April 5, 2005, in the District of South Carolina, the defendant, **CHRISTINA GEATHERS**, did make a false statement and representation of material fact knowing it to be false in a report and document required to be filed by Steelworkers Local 357 with the Secretary of Labor pursuant to Section 431 of Title 29, United States Code, that is, the annual financial report form LM-3 for the union's fiscal year ending on December 31, 2004.

In violation of Title 29, United States Code, Section 439(b).

## COUNT 3
(Falsification of Annual Financial Report Filed by Labor Union)

THE GRAND JURY FURTHER CHARGES:

1.  The introduction of this indictment is re-alleged and made a part of this count.

2.  That on or about April 7, 2006, in the District of South Carolina, the defendant, **CHRISTINA GEATHERS**, did make a false statement and representation of material fact knowing it to be false in a report and document required to be filed by Steelworkers Local 357 with the Secretary of Labor pursuant to Section 431 of Title 29,

United States Code, that is, the annual financial report form LM-3 for the union's fiscal year ending on December 31, 2005.

In violation of Title 29, United States Code, Section 439(b).

A __True__ BILL

_____
FOREPERSON

W. WALTER WILKINS (DHS)
UNITED STATES ATTORNEY